ES BANKRUPTCY COURT DISTRICT OF RHODE ISLAND — PROOF OF CLAIM

Debtor Stephen D. Block

Case Number 96-11813
Chapter 7

FILED
JUN 21 11 42 AM '99
U.S. BANKRUPTCY COURT DISTRICT OF RHODE ISLAND

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Rhode Island Depositors Economic Protection Corporation

Name and address where notices should be sent:
Charles S. Beal, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
Telephone Number: (401) 331-5700

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: ____________

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other ____________
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS#: ______ ______ ______
Unpaid compensation for services performed
from ____________ (date) to ____________ (date)

**2. Date debt was incurred:** See Attached Schedule A

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 3,949,290.88
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement or all interest or additional charges. See Attached Schedule A

**5. Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other ____________
Value of Collateral: $____________

Amount or arrearage and other charges at time case filed included in secured claim, if any: $____________.

**6. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $____________
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4000),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 USC § 507(a)(3)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507 (a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This space is for Court Use Only

Date 6-21-99

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Rhode Island Depositors Economic Protection Corporation

By: Robert Wroe asset manager
Robert Wroe, Asset Manager

**SCHEDULE A**

Summary of Amounts Owed by Debtor Stephen D. Block on Loans Held by Rhode Island Depositors Economic Protection Corporation as of 6/5/96

| Date | Institution | Amount of Loan | Amount Owing Excluding Interest | Interest Owing | Total Amount Owing |
|---|---|---|---|---|---|
| 5/03/89 | Rhode Island Central Credit Union | $2,100,000.00 | $1,238,407.64 | $422,306.86 | $1,660,714.50 |
| 3/29/87 | Davisville Credit Union | $92,000.00 | $54,468.44 | $21,799.74 | $76,268.18 |
| 3/30/90 | Columbian Credit Union | $160,000.00 | $59,979.04 | $42,005.65 | $101,984.69 |
| 3/30/90 | Columbian Credit Union | $160,000.00 | $72,439.33 | $50,731.76 | $123,171.09 |
| 11/16/88 | Davisville Credit Union | $35,017.00 | $27,788.03 | $8,335.12 | $36,123.15 |
| 6/27/88 | Davisville Credit Union | $200,000.00 | $147,109.38 | $49,072.43 | $196,181.81 |
| 12/23/88 | Davisville Credit Union | $90,000.00 | $47,286.40 | $17,123.71 | $64,410.11 |
| 4/15/87 | Marquette Credit Union | $50,000.00 | $46,064.78 | $32,188.62 | $78,253.40 |
| 3/29/90 | Central Credit Union | $115,000.00 | $48,180.41 | $7,298.33 | $55,478.74 |
| 3/30/90 | Columbian Credit Union | $130,000.00 | $67,958.06 | $48,291.42 | $116,249.48 |
| 3/30/90 | Columbian Credit Union | $130,000.00 | $62,079.05 | $43,476.05 | $105,555.10 |
| 5/22/89 | Davisville Credit Union | $115,000.00 | $74,391.33 | $52,543.19 | $126,934.52 |
| 3/1/90 | Davisville Credit Union | $700,000.00 | $733,325.47 | $318,406.99 | $1,051,732.46 |
| 11/27/89 | Davisville Credit Union | $276,599.50 | $123,481.96 | $32,751.69 | $156,233.65 |
| | | | | Total | 3,949,290.88 |

G:\WPWIN\docs\LLF\DEPCO\BLOCK\Schedule A2