UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Mark G. Degiacomo, Chapter 7 Trustee Of The Estate Of Stephen D. Block
Plaintiff,

f(s)

V.

Stephen D. Block, Individually And As Trustee Of The Fay B. Block Trust, Robert Block, As Trustee Of The Fay B. Block Trust, Merrill Lynch & Co., Inc
Defendants.

nt(s)

C.A. No. 05-cv-00318

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff/Defendant Mark G. DeGiacomo et al hereby moves that Thomas S. Vangel be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which ______________ counsel specializes:
- Pro Hac Vice counsel's long-standing representation of the client: Mark G. DeGiacomo, Chapter 7 Trustee of the Estate of Stephen D. Block
- The local trial bar lacks experience in the field of: ______________________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which ______________ counsel is familiar, specifically: ______________________________.
- The case requires extensive discovery in a foreign jurisdiction convenient to ______________ counsel, as follows: ______________________________.
- It is a criminal case, and ______________ counsel is defendant's counsel of choice.
- Other: ______________________________

(Plaintiff/Defendant) [signature]
By: Thomas E. Carlotto (#6088) and Douglas A. Giron (#2943
Attorney for Mark G. DeGiacomo et al

DATED: 8/26/05

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Commonwealth of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) USDC for the District of Massachusetts ** , and that my eligibility to practice before those courts has not been restricted in any way.

** and the US Court of Appeals for the 1st Circuit.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| **PLEASE SEE ATTACHED** | [signature] |
| Name Thomas S. Vangel | Local Associate Counsel Thomas E. Carlotto (#6088) Douglas A. Giron (# 2943) |
| | R.I. Bar ID # |
| Murtha Cullina LLP | Shechtman Halperin Savage, LLP |
| Firm Name | Firm Name |
| 99 High Street | 86 Weybosset Street |
| Business Address | Business Address |
| Boston, MA 02110 | Providence, RI 02903 |
| 617-457-4000 Tel. # / 617-482-3868 Fax # | 401-272-1400 Tel. # / 401-272-1403 Fax # |

---

**Order :** This motion is hereby ________________.

________________
U.S. District Judge
Date: ________________

pro hac vice motion (rev.3/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK G. DEGIACOMO, CHAPTER 7 TRUSTEE OF THE ESTATE OF STEPHEN D. BLOCK<br>Plaintiff,<br><br>v.<br><br>STEPHEN D. BLOCK, individually and As Trustee of the Fay B. Block Trust, ROBERT BLOCK, as Trustee of the Fay B. Block Trust, MERRILL LYNCH & CO., INC<br>Defendants. | ) | 05-cv-00318-ML-DLM |

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Plaintiff, Mark G. DeGiacomo, the Chapter 7 Trustee (the "Trustee"), hereby moves, that this Court enter an Order approving the admissions pro hac vice of Thomas S. Vangel ("Vangel") to appear before this Court in the above-captioned case on behalf of the Trustee with local associate counsel identified below on the grounds of pro hac vice counsel's long-standing representation of the Trustee.

Mark G. DeGiacomo, Chapter 7 Trustee
of Estate of Stephen D. Block,

Douglas A. Giron

Thomas E. Carlotto, Esquire # 6088
Douglas A. Giron, Esquire # 2943
Shechtman Halperin Savage, LLP
86 Weybosset Street
Providence, Rhode Island 02903
Telephone (401) 272-1400
Facsimile (401) 272-1403

Dated: August 25, 2005

**ATTORNEY CERTIFICATION FOR PRO HAC VICE ADMISSION**

1. I certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit without any restriction on my eligibility to practice.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

3. I have never been convicted of any crime.

4. I am not currently admitted nor have I, within the preceding 24 months, applied for admission in any cases in this district other than the bankruptcy case of Stephen D. Block, Case No. 96-11813-ANV. I was admitted pro hac vice to represent the Chapter 7 Trustee in the bankruptcy case on April 20, 2005.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5 of the U.S. District Court, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Thomas S. Vangel BBO# 552386
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile

Dated: August 17, 2005

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 of the U.S. District Court in their entirety and as they relate to the participation and responsibilities of local associate counsel.

Thomas E. Carlotto, Esq.
Shechtman Halperin Savage, LLP
86 Weybosset Street
Providence, RI 02903
Telephone (401) 272-1400
Facsimile (401) 272-1403

Dated: August 23, 2005

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that copies of the Motion for Entry of Appearance Pro Hac Vice has been served upon the following parties via first class mail postage pre-paid this 26th day of August, 2005:

Office of the U.S. Trustee
10 Dorrance Street
Providence, RI 02903

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI 02906
Debtor's counsel

Robert D. Wieck, Esq.
101 Dyer Street, 2nd Floor
Warwick, RI 02903
Attorney for Marc D. Wallick

Joseph E. Ferrucci, Esq.
Ferrucci Russo PC
55 Pine Street, 4th Floor
Providence, RI 02903
Attorney for Nicholas E. Cambio

Harold B. Murphy, Esq.
Hanify & King PC
One Beacon Street
Boston, MA 02108-3107
Attorney for Nicholas E. Cambio

Bruce W. Gladstone, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903
Attorney for Rhode Island Depositors' Economic
Protection Corporation

Brian LaPlante, Esq.
Carrara LaPlante Dayian & Sowa
67 Cedar Street, Suite 102
Providence, RI 02903
Attorney for Universal Properties Group, Inc.

Olga Bogdanov, Esq.
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
Attorney for Mark DeGiacomo

Ryan M. MacDonald, Esq.
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
Attorney for Mark DeGiacomo

William J. Delaney, Esq.
Tillinghast Licht, LLP
10 Weybosset Street
Providence, RI 02903
Attorney for Robert B. Block

Robert S. Vangel, Esq.
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
Attorney for Mark DeGiacomo

Mark. G. DeGiacomo, Esq.
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
Attorney for Mark DeGiacomo

Marc D. Wallick, Esq.
Wallick & Associates
51 Jefferson Boulevard
Warwick, RI 02888
Attorney for Marc D. Wallick

Ana-marie Ciacco