UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK G. DEGIACOMO, Chapter 7
Trustee of the Estate of Stephen D. Block

vs. C.A. NO. 05-318ML

STEPHEN D. BLOCK, Individually and
as Trustee of the Fay B. Block Trust, et al

## ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
U.S. District Judge
September 6 , 2005

Entered as an Order of this Court on September 7 , 2005.

Barbara Barletta
Deputy Clerk