UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARK G. DEGIACOMO, Chapter 7
Trustee of the Estate of Stephen D. Block

Plaintiff,

v.

C.A. No. 05-318S

STEPHEN D. BLOCK, Individually and
as Trustee of the Fay B. Block Trust, ET AL.,

Defendants.

**ORDER**

I hereby recuse myself from participation in this litigation.

ORDER:

By: ____________
Deputy Clerk

ENTER:

____________
William E. Smith
U.S. District Judge

Date: 9/14/05