Sept 28 argument

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

FILED
AUG 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

In re: Stephen D. Block,
Debtor

Mark G. DiGiacomo, Chapter 7 Trustee of the Estate of Stephen D. Block,
Plaintiff,

v.

Stephen D. Block, Individually and as Trustee of the Fay B. Block Trust, Robert Block, as Trustee of the Fay B. Block Trust, and Merrill Lynch & Co., Inc.,
Defendants.

C.A. No. 05-318ML

**STATE OF RHODE ISLAND, DIVISION OF TAXATION'S MOTION TO INTERVENE**

Now comes the State of Rhode Island, Division of Taxation (the "State"), the largest creditor of the Debtor, Stephen D. Block, with a claim exceeding $3.9 million dollars, and moves this Honorable Court pursuant to Bankruptcy Rule 2018 (a)(2) and 7024 (b) for an order allowing it to intervene for the purpose of filing a memorandum of law responsive to the motion of Stephen D. Block and Robert Block for withdrawal of the reference under 28 U.S.C. § 157 (d) and Fed. R. Bankr. P. 5011 (the "Motion to Withdraw the Reference"). As grounds for said Motion, the State refers to the Memorandum of Law filed simultaneously herewith.

GRANTED in the absence of objection. Intervenor has 20 days from the date of this order to file memorandum in opposition to debtor's motion to withdraw the reference.

Ernest C. Torres

Ernest C. Torres, Chief Judge
9/28/05

STATE OF RHODE ISLAND, DIVISION OF TAXATION,

By Its Attorneys,

Bruce W. Gladstone (#2643)
Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: August 24 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2005, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Mark G. DiGiacomo, Esq.
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110

William J. Delaney, Esq.
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903

H:\ARCHIVE\NBD\DEPCO\BLOCK\PLDGS-USDC-RI\MOINTERVENE2.DOC