UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK G. DEGIACOMO,<br>Plaintiff, | : | |
| v. | : | C.A. No. 05-318T |
| STEPHEN D. BLOCK, *et al.*,<br>Defendant. | : | |

**INTERVENOR STATE OF RHODE ISLAND DIVISION OF TAXATION'S STATEMENT IN OPPOSITION TO REQUEST FOR STATUS CONFERENCE**

Intervenor State of Rhode Island, Division of Taxation (the "State"), respectfully submits this Statement in opposition to Debtor's request for a status conference in the herein matter. It is the State's position that there is no obligation on the part of the Court to satisfy Debtor's curiosity with regard to its progress regarding the disposition of Debtor's motion. The Motion is *sub judice*. Simply put, the Debtor is not entitled to a progress report with regard to the Court's deliberations. Further, such a conference would require even more resources to be expended by all parties, which ultimately will be paid for by the Estate and its creditors. It is the State's position that the Court should deny Debtor's request for a status conference.

STATE OF RHODE ISLAND,
DIVISION OF TAXATION,

By Its Attorneys,

Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: March 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2006, a true copy of the within was sent, via first-class mail, to the following:

William J. Delaney, Esq.
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903

Thomas S. Vangel, Esq.
Murtha Cullina LLP
99 High Street
Boston, MA 02110

Thomas E. Carlotto, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860

Joseph M. Codega, Esq.
Fitzhugh, Parker & Alvaro, LLP
37 Sockanosset Crossroad
Cranston, RI 02920

David P. DeStefano, Esq.
400 Reservoir Avenue, Suite LL-G
Providence, RI 02907

H:\ARCHIVE\nbd\DEPCO\BLOCK\pldgs-05-318T\statement.doc