**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARK G. DEGIACOMO | : | |
| | : | |
| v. | : | Case No. 05-318T |
| | : | |
| STEPHEN D. BLOCK, et al | : | |

**REQUEST FOR STATUS CONFERENCE**
**AND MEMORANDUM IN SUPPORT THEREOF**

NOW COMES Robert Block in his capacity as Trustee of the Fay B. Block Trust and hereby requests this Court schedule a conference at its earliest convenience in order to discuss the particulars of the current posture of this Court as to the Motion to Withdraw Reference (THE "Motion"), a hearing on which was argued before this Court on November 9, 2005.

In support of his request, Trustee Robert Block respectfully submits that subsequent to November, 2005, discovery has continued in the bankruptcy case to the point where the Bankruptcy Court has granted the Trustee's Motion to Amend Verified Complaint, and the response to said Verified Amended Complaint is due shortly. Trustee Robert Block respectfully requests this Court schedule a conference to review and ascertain the status of this Court's deliberations over this past November's hearing on the Motion in order to avoid duplicitous efforts to move this matter along.

In light of the foregoing, Trustee Robert Block in his capacity as co-trustee of the Fay B. Block Trust requests that this Court schedule at its earliest convenience a status conference in order to provide the parties with this Court's posture concerning its deliberations on the Motion.

Respectfully submitted,

ROBERT BLOCK, AS TRUSTEE
OF THE FAY B. BLOCK TRUST

By his Attorneys

William J. Delaney (#3643)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200; (401) 456-1210(fax)
wdelaney@tllaw.com
Dated: March 23, 2006

CERTIFICATION

I hereby certify that on this 23rd day of March, 2006, a true and accurate copy of the within Request for Status Conference was sent via first class mail, postage prepaid, to the following:

Thomas S. Vangel, Esq.
Murtha Cullina LLP
99 High Street
Boston, MA 02110

Charles S. Beal, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Thomas E. Carlotto, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860

Joseph M. Codega, Esq.
Fitzhugh, Parker & Alvaro, LLP
37 Sockanosset Crossroad
Cranston, RI 02920

David P. DeStefano, Esq.
400 Reservoir Avenue, Suite LL-G
Providence, RI 02907

Bruce Gladstone, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;427909;1