UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 05-318

| | | |
|---|---|---|
| IN RE: STEPHEN D. BLOCK<br>Debtor | : | CHAPTER 7<br>CASE NO. 96-11813 |
| MARK G. DEGIACOMO, CHAPTER 7 TRUSTEE OF THE ESTATE OF STEPHEN D. BLOCK,<br>Plaintiff,<br><br>v.<br><br>STEPHEN D. BLOCK, individually and as Trustee of the Fay B. Block Trust, ROBERT BLOCK, individually and as Trustee of the Fay B. Block Trust, MERRILL LYNCH & CO., INC.<br>Defendants. | : | ADVERSARY PROCEEDING<br>No. 05-1023 |

**MOTION FOR WITHDRAWAL OF THE REFERENCE**
**UNDER 28 U.S.C. § 157 (d) AND FED. R. BANKR. P. 5011**

NOW COMES the Fay B. Block Trust (the "Trust"), by and through Stephen D. Block and Robert Block, as co-Trustees of the Trust and Defendants herein, and pursuant to Rule 5001 of the Bankruptcy Rules, hereby requests this Court for Withdrawal of the Reference of the instant Adversarial Proceeding in the form of the First Amended Verified Complaint which was filed by the Plaintiff, Mark G. DeGiacomo, Chapter 7 Successor Trustee of the Estate of Stephen D. Block.

The bases of the Trust's Motion is contained in its Memorandum of Law, contemporaneously filed herewith.

Respectfully Submitted,

The FAY B. BLOCK TRUST, By
STEPHEN D. BLOCK and
ROBERT BLOCK, as co-Trustees

By their Attorneys,

/s/William J. Delaney
William J. Delaney (#3643)
TILLINGHAST LICHT LLP
10 Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210 (fax)
wdelaney@tlslaw.com
Dated: April 25, 2006

**NOTICE**

Within ten (10) days after service of this Motion as evidenced by the certification (twenty (20) days for U.S. Government officers and agencies thereof), and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, Providence, RI 02903). If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

CERTIFICATION

I hereby certify that a true copy of the within Motion was sent electronically via CM/ECF to the following on this 25th day of April, 2006:

**Olga L. Bogdanov**
obogdanov@murthalaw.com
mdegiacomo@murthalaw.com

**Thomas E. Carlotto**
tec@shlawri.com

Leonard J. DePasquale, Esq., AUST

and by first class mail, postage prepaid and by facsimile to the following:

David P. DeStefano, Esq.
400 Reservoir Avenue
Providence, RI 02907

Charles S. Beal, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Christopher E. Friel, Esq.
Lynch & Friel
600 Tollgate Road
Warwick, RI 02886

/s/William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;430017;1