UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARK G. DEGIACOMO :
:
v. : Case No. 05-318T
:
STEPHEN D. BLOCK, et al :

**MOTION/REQUEST FOR STAY AS TO ALL PROCEEDINGS AND MEMORANDUM IN SUPPORT THEREOF**

NOW COME Stephen D. Block and Robert Block in their capacities as Co-Trustees of the Fay B. Block Trust (the "Co-Trustees"), and as defendants in this proceeding and hereby request this Court stay all proceedings herein, including, but not limited to all pleadings currently before this Court as to the Motion to Withdraw Reference (the "Motion").

In support of their request, the Co-Trustees respectfully submit that an agreement to settle all of the issues between the parties has been reached as of June 6, 2006, subject to approval by the United States Bankruptcy Court for the District of Rhode Island (the "Bankruptcy Court"). The agreement requires formal documents and pleadings to be filed with the Bankruptcy Court and in order to accomplish that objective and to minimize any additional expenditures of time and energy by the parties, their counsel, the Bankruptcy Court and this Court, the Co-Trustees file the instant motion. As part of the proposed settlement agreement, **all** of the actions between the parties will be dismissed, including the instant proceeding, thereby obviating the need for this Court to continue its deliberations on the Motion. Finally, counsel to ***all*** of the parties concur in the filing of this Motion/Request by the Co-Trustees.

In light of the foregoing, the Co-Trustees request that this Court stay all proceedings herein in order for the parties to prepare, execute and file those pleadings necessary to bring the instant proceeding to closure.

Respectfully submitted,

STEPHEN D. BLOCK and
ROBERT BLOCK, AS CO-TRUSTEES
OF THE FAY B. BLOCK TRUST

GRANTED for 60 days from the date of this order
Ernest C. Torres
Chief, US District Judge
6/20/06

By their Attorneys

William J. Delaney (#3643)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200; (401) 456-1210(fax)
wdelaney@tllaw.com
Dated: June 7, 2006

CERTIFICATION

I hereby certify that on this 7th day of June, 2006, a true and accurate copy of the within Motion/Request was sent via first class mail, postage prepaid, to the following:

Thomas S. Vangel, Esq.
Murtha Cullina LLP
99 High Street
Boston, MA 02110

Charles S. Beal, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Thomas E. Carlotto, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860

Joseph M. Codega, Esq.
Fitzhugh, Parker & Alvaro, LLP
37 Sockanosset Crossroad
Cranston, RI 02920

David P. DeStefano, Esq.
400 Reservoir Avenue, Suite LL-G
Providence, RI 02907

Bruce W. Gladstone, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;431943;1