**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARK G. DEGIACOMO | : | |
| | : | |
| v. | : | Case No. 05-318T |
| | : | |
| STEPHEN D. BLOCK, et al | : | |

**REQUEST FOR DISMISSAL OF CASE**

NOW COMES Robert Block, as Trustee of the Fay B. Block Trust, and hereby represents that pursuant to the Order Approving Stipulation Between Chapter 7 Trustee, Stephen D. Block, and Robert Block, individually and as Trustees of the Fay B. Block Trust and Merrill Lynch & Co., Inc. dated July 21, 2006, entered by the United States Bankruptcy Court for the District of Rhode Island, the need for proceeding further in the above-captioned matter has been mooted and therefore should be dismissed with prejudice and without costs.

Respectfully submitted,

ROBERT BLOCK, AS TRUSTEE
OF THE FAY B. BLOCK TRUST
By his Attorneys

William J. Delaney (#3643)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200; (401) 456-1210(fax)
wdelaney@tllaw.com
Dated: August 25, 2006

## CERTIFICATION

I hereby certify that on this 25th day of August, 2006, a true and accurate copy of the within was sent via first class mail, postage prepaid, to the following:

Thomas S. Vangel, Esq.
Murtha Cullina LLP
99 High Street
Boston, MA 02110

Charles S. Beal, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Thomas E. Carlotto, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860

Joseph M. Codega, Esq.
Fitzhugh, Parker & Alvaro, LLP
37 Sockanosset Crossroad
Cranston, RI 02920

David P. DeStefano, Esq.
400 Reservoir Avenue, Suite LL-G
Providence, RI 02907

Bruce Gladstone, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Christopher E. Friel, Esq.
Lynch & Friel
600 Tollgate Road
Warwick, RI 02886

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;435209;1